IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNATHON MORTON,
ADC #167072                                                                      PLAINTIFF

V.                        CASE NO. 5:19-CV-320-BRW-BD

MARK GOBER and
SUSAN POTTS                                                                     DEFENDANTS

## ORDER

Johnathon Morton, an inmate at the Drew County Detention Facility, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) He claims that Defendants Gober and Potts failed to protect him from an inmate attack. Because Mr. Morton's original complaint was deficient, the Court provided Mr. Morton an opportunity to file an amended complaint to clarify his constitutional claims. (#4) Mr. Morton has now filed his amended complaint. (#5) Based on the allegations contained in his amended complaint, Mr. Morton has stated a failure-to-protect claim against Defendants Gober and Potts. Accordingly, service is proper.

The Clerk of Court is directed to prepare summonses for Defendants Gober and Potts. The United States Marshal is directed to serve a copy of the complaint (#2), the amended complaint (#5), and summonses for Defendants Gober and Potts without requiring prepayment of fees and costs or security. Service for these Defendants should be through the Drew County Detention Facility, 106 South Main, Monticello, Arkansas 71655.

IT IS SO ORDERED, this 16th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE