# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JOHNATHON COULSTON,
A/K/A JOHNATHON MORTON,
ADC #167072                                                                                          PLAINTIFF

V.                          CASE NO. 5:19-CV-320-BD

MARK GOBER, *et al.*                                                                             DEFENDANTS

## ORDER

This matter is currently scheduled for a bench trial before the Honorable Beth Deere on July 27, 2020 at 9:30 a.m. (Doc. No. 19) Since June, Mr. Coulston/Morton has not received mail from the Court. (Doc. Nos. 24, 26) It is unclear whether he received the Defendants' objections to his witness list. In addition, Mr. Coulston/Morton did not provide addresses for the individuals he listed as witnesses for trial. Those individuals are no longer incarcerated in either the Arkansas Department of Correction or the Drew County Jail. (Doc. No. 28) **As a result of these circumstances, the July 27 bench trial is cancelled.** The Court will reschedule the bench trial after communication with Mr. Coulston/Morton resumes and after Mr. Coulston/Morton has had an opportunity to provide additional information regarding his witnesses.

The Clerk is instructed to provide a copy of this Order to the ADC in care of the Transport Coordinator.

IT IS SO ORDERED this 13th day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE