# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOHNATHON COULSTON,
A/K/A JOHNATHON MORTON,
ADC #167072                                                                                              PLAINTIFF

V.                            CASE NO. 5:19-CV-320-BD

MARK GOBER, *et al.*                                                                                     DEFENDANTS

## ORDER

Mr. Coulston was an inmate at the Drew County Detention Center when he filed this civil rights lawsuit on October 3, 2019, without the help of a lawyer. (Doc. No. 2) After the Court issued a transport order for Mr. Coultson to appear at the previously scheduled November 9, 2020 bench trial, ADC officials notified the Court that Mr. Coulston had been paroled. Mr. Coulston did not provide the Court with his updated address, as required by the Court's local rules.

On November 5, the Court ordered Mr. Coulston to notify the Court of his new address within 30 days or risk dismissal of his complaint. (Doc. No. 38) To date, Mr. Coulston has not responded to the Court's November 5 Order and the time to do so has passed.

Mr. Coulston's claims are DISMISSED, without prejudice, based on his failure to comply with the November 5 Order (Doc. No. 38) and his failure to prosecute this lawsuit. The Clerk is directed to close this case.

IT IS SO ORDERED, this 7th day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE