# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JOHNATHON COULSTON,**
**A/K/A JOHNATHON MORTON,**
**ADC #167072**                                                                              **PLAINTIFF**

V.                              CASE NO. 5:19-CV-320-BD

**MARK GOBER,** *et al.*                                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 7th day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE